1024

[No. 38783-2-II. Division Two. August 5, 2010.]

DONALD B. MOUNTJOY ET AL., *Respondents*, v. BAYFIELD
RESOURCES COMPANY ET AL., *Defendants*, JUDITH
CONNOR GREER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston
County, No. 06-2-00992-1, Chris Wickham, J., entered Decem-
ber 24, 2008. *Affirmed* by unpublished opinion per Bridge-
water, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38859-6-II. Division Two. August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VAUGHN ALLEN
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 08-1-01812-1, Roger A. Bennett, J., entered
January 30, 2009. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 38909-6-II. Division Two. August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PINO JACOBO
IBARRA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 08-1-01035-7, Lisa E. Tabbut, J. Pro Tem.,
entered February 10, 2009. *Affirmed* by unpublished opin-
ion per Hunt, J., concurred in by Bridgewater and Van
Deren, JJ.

[No. 38936-3-II. Division Two. August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN NICHOLAS
WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-00717-2, John A. McCarthy, J., entered
February 27, 2009. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Hunt and Van Deren, JJ.